# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
## Bankruptcy Petition #: 25-22002-shl

*Date filed:* 01/02/2025

*Assigned to:* Judge Sean H. Lane
Chapter 11
Voluntary
Asset

*Debtor*
**Cold Spring Acquisition, LLC**
22 Pleasant Ridge Road
Spring Valley, NY 10977
ROCKLAND-NY
*dba* Cold Spring Hills Center for Nursing & Rehabilitation

represented by **Schuyler Carroll**
Manatt, Phelps & Phillips
7 Times Square
New York, NY 10036
212-790-4521
Email: SCarroll@manatt.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 01/02/2025 | [1](#) (14 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 5/2/2025, Disclosure Statement due by 5/2/2025, Initial Case Conference due by 2/3/2025, Appointment of patient care ombudsman due by 02/3/2025 Filed by Schuyler Carroll of Manatt, Phelps & Phillips on behalf of Cold Spring Acquisition, LLC. (Carroll, Schuyler) (Entered: 01/02/2025) |
| 01/02/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-22002) [misc,824] (1738.00) Filing Fee. Receipt number A16918504. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 01/02/2025) |
| 01/02/2025 | | Judge Sean H. Lane added to the case. (Harris, Kendra). (Entered: 01/02/2025) |
| 01/02/2025 | [2](#) (9 pgs) | Declaration *of Martin A. Cauz in support of Debtor's Chapter 11 Petition and First Day Pleadings* (Carroll, Schuyler) (Entered: 01/02/2025) |
| 01/02/2025 | [3](#) (2 pgs) | Notice of Proposed Order*Directing the Appointment of a Patient Care Ombudsman* (Carroll, Schuyler) (Entered: 01/02/2025) |

| 01/02/2025 | [4](#)<br>(3 pgs) | Notice of Hearing *to Consider First Day Motions* filed by Schuyler Carroll on behalf of Cold Spring Acquisition, LLC. with hearing to be held on 1/3/2025 at 01:30 PM at Courtroom TBA, White Plains Courthouse (RDD) (Carroll, Schuyler) (Entered: 01/02/2025) |

| PACER Service Center ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 01/02/2025 17:22:48 ||||
| **PACER Login:** | sgcarroll | **Client Code:** | 71431-060 |
| **Description:** | Docket Report | **Search Criteria:** | 25-22002-shl Fil or Ent: filed From: 12/19/2024 To: 1/2/2025 Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |